THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* STEPHEN J. SANZONE, Appellant.

Argued October 13, 1948; decided January 13, 1949.

*James A. Fitz Patrick* for appellant.

*Charles P. Sullivan, District Attorney (Howard R. Lonergan* of counsel), for respondent.

On this meager record the sentencing court was not justified in sentencing the defendant as a second offender. Judgment modified by remitting case to County Court of Queens County for resentence, and as so modified affirmed. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.